■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REGGIE HOWARD, Appellant. [705 NYS2d 224] —Judgment, Supreme Court, New York County (Ira Beal, J.), rendered October 30, 1997, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 4½ to 9 years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. The totality of defen-

dant's statements and conduct during the drug transaction provided ample basis for a reasonable inference of accessorial liability. Specifically, the evidence established that defendant's participation included, *inter alia*, an unsuccessful attempt to determine whether the prospective purchaser was an undercover officer by offering to sell him imitation drugs. Concur—Rosenberger, J. P., Williams, Tom and Andrias, JJ.